IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00291-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ADAM HARVEY**,

    Defendant.

---

**ORDER DIRECTING UNITED STATES PROBATION DEPARTMENT AND UNITED STATES MARSHAL SERVICE TO PROVIDE NON-CUSTODIAL TRANSPORTATION**

---

This matter is before the Court on the *Defendant's Unopposed Motion for Order Directing the U.S. Probation Department and U.S. Marshal Service to Arrange Defendant's Non-Custodial Transportation* (Doc. 55). The motion is GRANTED.

The United States Probation Department shall make arrangements to provide the Defendant's transportation from Denver, Colorado, to Colorado Springs, Colorado, on May 28, 2015, and the United States Marshal Service shall make arrangements to provide the Defendant's transportation from Colorado Springs, Colorado, to Denver, Colorado, on or before August 6, 2015.

Dated this ____ day of May, 2015.

                                            BY THE COURT:

                                            _____
                                            U.S. MAGISTRATE JUDGE
                                            DISTRICT OF COLORADO