IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  August 6, 2015 |
| Court Reporter:       Gwen Daniel | Probation: Justine Kozak |
| | Time: one hour and 18 minutes |

_____

Criminal Action No.  14-cr-00291-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     David Tonini

    Plaintiff,

v.

ADAM N. HARVEY,                               Timothy O'Hara

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:04 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Tonini

Sentencing Statement by Mr. O'Hara

The Court addresses the defendant's Objections to the Presentence Investigation Report [40].

1

Court's findings entered on the record.

**ORDERED:** **The defendant's first Objection to the Presentence Investigation Report [40] is OVERRULED. The Court finds that the four-level enhancement in § 2A2.2(b)(2)(B) applies to the defendant in this case.**

**The defendant's second Objection is OVERRULED. The Court holds that the six-level enhancement in § 2A2.2(b)(3) for the infliction of a "permanent or life-threatening injury" on the victim applies to the defendant in this case.**

**The subject matter of the Objections in paragraphs 4, 25, 66, 67, 69 and 75 will not impact the Court's sentence; therefore, no ruling on those Objections is necessary.**

**ORDERED:** **There being no objection to the Government's Motion to Grant the Defendant An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [34], the motion is GRANTED**.

02:51 Court in Recess
02:59 Court in Session

Defendant's Allocution

**ORDERED:** **The defendant's Motion for a Variant Sentence [41] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on December 30, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Adam N. Harvey, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 26 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Nebraska or at a facility closest to Nebraska.**

    **The Court recommends that the Bureau of Prisons allow the defendant to participate in the RDAP, or a comparable drug abuse treatment program.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

    **Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

    **While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

    **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

  1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence investigation report for continuity of treatment.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable**

        **immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:30 p.m.    Court in Recess
                Hearing concluded